### In the Matter of BELLINGHAM INSURANCE AGENCY, INC., Debtor,

---

Executive Benefits Insurance
Agency, Appellant,

v.

Peter H. Arkison, Trustee, solely in his
capacity as Chapter 7 Trustee of the
estate of Bellingham Insurance Agen-
cy, Inc., Appellee.

No. 11–35162.

United States Court of Appeals,
Ninth Circuit.

Nov. 25, 2011.

Nicholas Arthur Paleveda, Esquire, Law
Offices of Nicholas Paleveda MBA J.D.
LL.M, for Debtor.

Denice Moewes, Wood & Jones, Seattle,
WA, for Appellee.

D.C. No. 2:10–cv–00929–MJP, Western
District of Washington, Seattle.

Before: ALEX KOZINSKI, Chief
Judge, RICHARD A. PAEZ, Circuit
Judge, and RANER C. COLLINS,
District Judge.*

## ORDER

The United States's motion for a 45–day
extension of time to respond to this court's
November 4, 2011 order is GRANTED.
Any amicus brief or motion to intervene by
the United States must be filed on or
before January 19, 2012. The time for
other amici to respond to this court's No-
vember 4 order is similarly extended.

---

* The Honorable Raner C. Collins, District
Judge for the U.S. District Court for Arizona,